**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

CRIMINAL ACTION NO. 13-20-ART                              *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                         **NOTICE BY UNITED STATES
                   REGARDING ENHANCED STATUTORY PUNISHMENT**

**DANIEL W. BOWLER,**
    **AKA DB,**
    **AKA E**                                                                   **DEFENDANT**

\* \* \* \* \*

Pursuant to 21 U.S.C. § 851, the United States gives notice that if the Defendant is convicted of any of the counts in which he is named, he shall be subject to an enhanced statutory punishment pursuant to 21 U.S.C. § 841(b)(1) because he has the following prior final drug felony convictions:

1. On or about July 26, 2000, he was convicted of Trafficking in Cocaine, in Hamilton County Common Pleas Court, case number B9904486-A.

2. On or about September 13, 2001, he was convicted of Possession of Cocaine, in Hamilton County Common Pleas Court, case number B0102259;

3. On or about July 21, 2003, he was convicted of Possession of Crack Cocaine, in Hamilton County Common Pleas Court, case number B0207295; and

4. On or about September 16, 2009, he was convicted of Trafficking in Heroin, in Hamilton County Common Pleas Court, case number B0809883.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ Elaine K. Leonhard
        Assistant United States Attorney
        207 Grandview Drive, Suite 400
        Ft. Mitchell, KY 41017
        FAX (859) 655-3211

## CERTIFICATE OF SERVICE

On May 22, 2013, I electronically filed this notice using the CM/ECF system, which will automatically send the notice of electronic filing to:

    F. Dennis Alerding
    *Attorney for Daniel W. Bowler*

        /s/ Elaine K. Leonhard
        Assistant United States Attorney