# UNITED STATES DISTRICT COURT

Eastern District of Kentucky
FILED
NOV 05 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Eastern District of Kentucky – Northern Division at Covington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Clarence Toney, III<br>aka Daniel W. Bowler | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   2:13-CR-020-DCR-01<br>USM No.   16280-032<br><br>Joshua Michael McIntosh<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) ____1 & 2____ of the term of supervision.

☐ was found in violation of condition(s) counts(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Commission of a crime | May 13, 2012 |
| 2 | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony | June 24, 2021 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:   2746 | November 5, 2021<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1980 | *[signature]*<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Cincinnati, Ohio | Honorable Danny C. Reeves, Chief U.S. District Judge<br>Name and Title of Judge |
| | November 5, 2021<br>Date |

Judgment—Page 2 of 2

DEFENDANT: Clarence Toney, III, aka Daniel W. Bowler
CASE NUMBER: 2:13-CR-020-DCR-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**THIRTY (30) MONTHS**

*to run consecutive with the sentence imposed this date in the Eastern District of Kentucky Case No.: 21-CR-028-DCR-01*

*No supervised release shall be imposed in this case.*

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant participate in a job skills and/or vocational training program.
That the defendant participate in a substance abuse treatment program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____.

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL