UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 13-020-DCR |
| | ) | and |
| V. | ) | Criminal Action No. 2: 21-028-DCR |
| | ) | |
| CLARENCE TONEY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

Defendant Clarence Toney has submitted numerous *pro se* filings which purport to be requests for information under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. However, the courts of the United States are not "agencies" that are subject to the requirements of the FOIA. 5 USC § 551(1)(B); *Boyd v. Trump*, 478 F. Supp. 3d 1 (D.D.C. 2020); Dayton *Newspapers, Inc. v. FBI*, 1993 WL 1367435, at *7 (S.D. Ohio Feb. 9, 1993).

Accordingly, it is hereby

**ORDERED** that the Court will not respond to additional similar demands for information under the FOIA.

Should the defendant wish to obtain documents filed in the Court record, he is directed to contact the Clerk of the Court to arrange for prepayment of those documents at a cost of 50 cents per page.

Dated: July 1, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky